United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND TADEFA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-14-0677 EMC<br><br>**ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR AN EXTENSION; AND ORDERING BRIEFING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Docket No. 47-1)** |

　　　　Defendant has filed a motion for summary judgment, which is currently set for hearing on July 30, 2015. Apparently, Plaintiff (proceeding pro se) served on Defendant – but did not file with the Court – a document in which he asked for an extension of time (30 days) to respond to the summary judgment motion. Defendant has filed a limited opposition to the request for an extension. More specifically, Defendant states that it does not opposing a brief continuance of the briefing and hearing schedule so long as the hearing takes place no later than September 3, 2015, and it is given sufficient time to file a reply brief.

　　　　The Court hereby rules as follows. Plaintiff's request is **GRANTED** in part. The Court shall give Plaintiff an extension but not the full 30 days requested. Plaintiff's opposition to the summary judgment motion shall be filed and served by August 6, 2015. Defendant's reply shall be filed and served by August 13, 2015. The hearing on the summary judgment motion is **CONTINUED** from July 30, 2015, to August 27, 2015, at 1:30 p.m.

As a final point, the Court takes into account Plaintiff's statements in his brief that Defendant has "REFUSE[D] TO ANSWER ANY QUESTIONS FROM PLAINTIFF[']S Request for Production of Documents" and that "Defendant[] may be in contempt of court under the Rules of the Court while not fully cooperating with plaintiff causing me more stress." Mot. at 1. It is not clear whether Plaintiff is, through this brief, also moving to compel Defendant to provide discovery (*e.g.*, in order to oppose the summary judgment motion). Because Plaintiff is proceeding pro se, the Court shall liberally construe the brief as a motion to compel. Defendant shall file a response to the motion to compel by **July 15, 2015**. There shall be no reply brief. Absent further order, the Court shall rule on the discovery dispute based on the papers (*i.e.*, no oral argument). Plaintiff is advised that he may be given no relief on his motion to compel so that he should not count on obtaining any discovery in support of his opposition to the summary judgment motion.

This order disposes of Docket No. 47-1.

IT IS SO ORDERED.

Dated: July 9, 2015

_____
EDWARD M. CHEN
United States District Judge

2