UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND TADEFA, | No. C-14-0677 EMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| FEDEX OFFICE & PRINT SERVICES, INC., | **(Docket No. 48)** |
| Defendant. | |

The Court has construed a filing submitted by Plaintiff Edmond Tadefa (pro se) as a motion to compel. Having considered the papers submitted, the Court hereby **GRANTS** in part and **DENIES** in part the motion to compel.

As a preliminary matter, the Court acknowledges Defendant FedEx Office and Print Services, Inc.'s ("FedEx") argument that the motion should be denied because Mr. Tadefa failed to meet and confer in good faith. While there may have been no meet and confer and/or an inadequate one, the Court shall – for this occasion only – overlook any such problem in order to keep this case on track for a summary judgment hearing on August 27, 2015.

As to the merits of the motion, the Court largely denies the motion because, for the most part, there is no indication that FedEx has withheld any relevant documents. Moreover, while there are some document requests where FedEx did *not* state, in response, that it would produce documents, there is, for the most part, a sound basis for that position. Most notably, many of the so-called

document requests are effectively interrogatories, either in whole or in part (*e.g.*, Document Requests Nos. 5, 6, 10, 12, 13, 15).  *See* McCoy Decl., Ex. B (responses to document requests).

There is one document request, however, where the Court shall order FedEx to produce documents, at least in part.  Document No. 9 asks FedEx to "[p]roduce all documents pertaining to (within five years) lawsuits against defendants from employees or customers.  List names and addresses of each person who filed suits."  The Court agrees with FedEx that this document request is overbroad and is in part an interrogatory.  However, the document request can be narrowed so that relevant information, if it exists, may be produced to Mr. Tadefa.  Accordingly, the Court orders FedEx to produce the following:  Where a customer of the FedEx center where Mr. Tadefa was excluded filed a lawsuit against FedEx complaining of discrimination on the basis of race/national origin, age, or disability at that FedEx center, (1) any court complaint and (2) any court documents reflecting the disposition of that complaint.  The time period shall be from November 8, 2010, and on.  **FedEx must produce documents by July 31, 2015**, so that Mr. Tadefa has sufficient time to review the documents (if any) and incorporate them into his opposition to FedEx's summary judgment motion.

This order disposes of Docket No. 48.

IT IS SO ORDERED.

Dated: July 16, 2015

_____
EDWARD M. CHEN
United States District Judge

2