UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND TADEFA,<br><br>              Plaintiff,<br><br>       v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC.,<br><br>              Defendant. | Case No. 14-cv-00677-EMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Docket No. 67 |

Currently pending before the Court is Plaintiff Edmond Tadefa's application to proceed in forma pauperis ("IFP") on appeal. *See* Fed. R. App. P. 24(a) (providing that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court"). The Court has reviewed Mr. Tadefa's financial affidavit and finds that he qualifies for IFP status. However, his application may be granted only if the Court also finds that his appeal is neither frivolous nor taken in bad faith. *See Jackson v. Gonzalez*, No. 5-cv-513 L (NLS), 2015 U.S. Dist. LEXIS 129545, at *4-5 (S.D. Cal. Sept. 25, 2015) (in evaluating whether plaintiff's IFP status should continue for his appeal, evaluating whether the appeal was frivolous or taken in bad faith).

In its summary judgment ruling, the Court explained why each of Mr. Tadefa's claims lacked merit. Because Mr. Tadefa has not articulated any basis as to how this Court erred, *see, e.g.*, Docket No. 66 (notice of appeal) (stating that "Judge MAY HAVE OVER LOOKED MATTERS"), the Court finds that his appeal "has no arguable basis in fact or law," and therefore is frivolous. *Jackson*, 2015 U.S. Dist. LEXIS 129545, at *5-6.

///

///

Accordingly, the Court **DENIES** Mr. Tadefa's application to proceed IFP on appeal.

**Pursuant to Federal Rule of Appellate Procedure 24(a)(4), the Court orders the Clerk of the Court to immediately notify the parties** *and* **the Ninth Circuit of this order.**

This order disposes of Docket No. 67.

**IT IS SO ORDERED**.

Dated: October 1, 2015

_____
EDWARD M. CHEN
United States District Judge